UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MISTI LOPICCOLO,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE CO.,<br><br>Defendant. | Case No. 3:23-CV-00167-ART-CLB<br><br>**ORDER STRIKING DISCOVERY DOCUMENTS**<br><br>[ECF No. 11] |

Plaintiff filed a notice of FRCP conference on the Docket. (ECF No. 11.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. Ri. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

DATED: May 12, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**