**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for Defendant
*Progressive Casualty Insurance Company*

UNITED STATES DISRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MISTI LOPICCOLO, individually, | )<br>) |
| Plaintiff, | )<br>) Case No. 3:23-cv-00167-ART-CLB |
| vs. | )<br>) |
|  | ) **ORDER GRANTING** |
|  | ) **(ECF No. 21)** |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, and DOES I-X, inclusive, ABC CORPORATIONS I thought X inclusive, and BLACK AND WHITE COMPANIES I through X, inclusive, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)] AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED under Federal Rule of Civil Procedure 41(a)(1)(ii), by and between Plaintiff, MISTI LOPICCOLO and her attorneys of the law firm of BRADLEY DRENDEL & JEANNEY and Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY, by and through their attorney of record, DAVID M. ZANIEL, ESQ. of RANALLI, ZANIEL, FOWLER & MORAN, LLC, that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own

1

costs and fees.

DATED this 6th day of December 2023.

DATED this 6th day of December 2023.

RANALLI, ZANIEL, FOWLER & MORAN

BRADLEY DRENDEL & JEANNEY

/s/DavidZaniel
DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Attorney for Defendant Progressive

ATTORNEY
Nevada Bar No.
PO Box 1987
Reno, Nevada 89505
Attorney for Plaintiff Lopiccolo

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: December 14, 2023

Anne R. Traum
United States District Judge